## Commonwealth *v.* Oates, Appellant.

Submitted September 12, 1972. *Richard C. Shay,* Assistant Public Defender, for appellant; *Henry J. Ruth-erford,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Ortiz, Appellant.

Submitted September 15, 1972. *Frederick S. Wolf,* for appellant; *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Order affirmed.